GEORGE I. SKINNER, as Superintendent of Banks of the State of New York, Respondent, *v.* CHARLES M. SCHWAB et al., Defendants, and PHŒNIX INSURANCE COMPANY et al., Appellants.

Reported below, 188 App. Div. 457, 469.

(Submitted April 12, 1920; decided April 14. 1920.)

MOTION to dismiss an appeal, by permission, from, a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 30, 1919, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the exceptions were frivolous.

*Samuel S. Koenig* for motion.

*William F. S. Hart* and *Arthur M. Johnson* opposed.

Motion denied.